Dear Sir, *LS*

This letter is in regards to case 5:13-cv-04567-LS Malibu media vs. myself David Bebow.

I am writing to deny any wrong doing on my part with the illegal download of copyrighted videos. I am sure you hear I am innocent all the time and I assure you that I did not download any videos of the internet as I do not even know how to do the downloading and we only have a laptop that barely works and an xbox in my home. I did contact the lawyer for Malibu media a few months back to try to explain this to them which did not help at all. Talking with friends that are computer smart unlike myself I think I know how this came back to me. My wife and I moved here from Minnesota 4 years ago and in this move our main computer was damaged bad enough that it did not work this computer had our set up on it for our wireless router so when we moved here I could not set up security on our wireless network which I would not have known how to do anyways. With no security I did not know that others outside of our home could use our wireless and have it come back to myself as I thought if someone was downloading things you could tell who did it by their computer. I had caught a person sitting in their car outside our apartment building a few times in the past on a laptop and when I went inside I unplugged our router and this guy would then drive away I did have the license plate written down but misplaced it and as I have been told he could have been using our wireless network and that what he downloaded would come back to us. Had I known this I would have shut off our internet as we really have no use for it now in the time of smart phones. I also looked over the list of videos that I was sent and told I downloaded 1) I have never heard of any of these videos and 2) the times they were downloaded I was sleeping as I work at 7 in the morning and some of the videos were downloaded between 1000pm and 3am. I am sure you hear I am innocent as a lie on a daily bases but I honestly do not even know how to download videos or do this file sharing thing that the lawyer for Malibu media is accusing me of I even volunteered to bring our laptop to them and they could get somebody to go thru it and see that I have never done any of these things. I even tried contacting a lawyer but they wanted $20,000 just to look at the case and I for 1 do not have that money and 2 can not see forking out that kind of money for something I don't even know how to do on a computer. I don't know if this letter will help me at all but it is about all I can do right now I do know that once my contract is up with Comcast I will be shutting our internet off as we never use it and to avoid somebody using it to download illegal things again and having to deal with this mess again. If you have any questions please feel free to give me a call at 507-456-3606 if I don't answer please leave a message and I will return the call as soon as I can.

Sincerely

David J. Bebow

FILED
SEP 24 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk