

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : 13-cv-4567 |
| DAVID BEBOW, | : |
| Defendant. | : |

### ORDER

AND NOW, this 27th day of October 2014, upon consideration of the plaintiff's motion for default judgment (doc. no. 9), defendant's response thereto (doc. no. 12), and following an October 24, 2014 status conference will all parties **IT IS HERBY ORDERED:**

1. The motion for default judgment is **DENIED**;

2. The clerk is directed to **VACATE** the entry of default against defendant;

3. All discovery shall be completed on or before **Friday, January 23, 2015**;

4. A status conference is scheduled for **Friday, January 30** at **11:00 a.m.** in the United States District Court station in Reading, located in The Madison Building, 2nd Floor Chambers, 400 Washington Street.

BY THE COURT

ENTERED
OCT 27 2014
CLERK OF COURT

_____
LAWRENCE F. STENGEL, J.

10/27/14 mal.
Bebow